AQUA POOL AND PATIO, INC. *v.* PETER W.
BAUER ET AL.
(9608)

SPALLONE, LAVERY and LANDAU, Js.

Argued March 19—decision released April 9, 1991

*William G. Reveley,* for the appellant (plaintiff).
*Nicholas W. Francis,* for the appellees (defendants).

PER CURIAM. The judgment is affirmed.